■ DIME SAVINGS BANK OF NEW YORK, FSB, Respondent, v 2067 BROADWAY EQUITIES, INC., et al., Defendants, and NATHAN HALEGUA, Appellant. [665 NYS2d 269] —Order and judgment (one paper), Supreme Court, New York County (Karla Moskowitz, J.), entered July 9, 1996, in a foreclosure action, awarding a deficiency judgment in favor of plaintiff and against defendant-appellant, unanimously affirmed, without costs.

The Special Referee's findings that defendant had an actual place of business where he was served, and that service was properly made pursuant to CPLR 308 (2), is supported by the record. Thus, the report was properly confirmed. Concur—Milonas, J. P., Ellerin, Wallach and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN EDWARDS, Appellant. [665 NYS2d 270] —Judgment, Supreme Court, New York County (Harold Beeler, J.), rendered on or about December 12, 1995, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Milonas, J. P., Ellerin, Wallach and Rubin, JJ.